# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

December 21, 2021

The Honorable United States District Judge John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   <u>Daly & Simpson v. Atlantic Cooling and Technology Services LLC, et al., 21-cv-7409-JPC</u>

Your Honor:

We write on behalf of Defendant Atlantic Cooling Technologies and Services, LLC, with the consent of counsel for Defendants Johnson Staffing Inc. and Telston Johnson and for Plaintiffs Radford Daly and Neil Simpson (collectively, the "Parties") to provide a status update regarding the above matter.

The Parties have made significant progress in agreeing to a proposed framework and memorializing the agreement in principle for the amicable resolution of this matter and believe they will finalize such resolution shortly.  The Parties believe a brief telephonic status conference with the Court to address the Parties' intended structure of settlement would aid in finalizing the resolution of this matter and respectfully request such a status conference at the Court's convenience (other than December 23 and 27, January 4, 5, 7 and 10).  Given the continued progress made towards the amicable resolution of this matter, the Parties also request that all deadlines in this matter, including those provided for in the Mediation Referral Order (the "Order") (Dkt. 16), be stayed until two weeks after the status conference before the Court.  The Parties previously sought to stay all deadlines in this matter on November 29, 2021 until December 21, 2021 and the Court granted that request.

If granted, this request for an extension of time will not affect any other scheduled dates in this matter.

We thank the Court in advance for its consideration of this request.

Sincerely,

/s/ Melissa C. Rodriguez

Melissa C. Rodriguez

Cc: All Counsel of Record (via ECF)

---

The request is granted.  The parties shall appear for a telephonic status conference on January 6, 2022 at 1:30 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  Deadlines in this case are stayed until January 20, 2022.

    SO ORDERED.

Date: December 24, 2021
New York, New York

*/s/ John P. Cronan*

JOHN P. CRONAN
United States District Judge

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060    ☏ +1.212.309.6000
United States