UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RADFORD DALY & NEIL SIMPSON; on behalf of themselves, and all others similarly situated, | : : : No. 21-cv-7409 |
| Plaintiffs, | : : |
| | : JUDGMENT |
| v. | : : |
| ATLANTIC COOLING AND TECHNOLOGY SERVICES LLC, JOHNSON STAFFING INC. & TELSTON JOHNSON | : : : |
| Defendants. | |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That pursuant to Federal Rule of Procedure 68 and based upon the combined filing of Defendants' Offer of Judgment and Plaintiffs' Notice of Acceptance thereof, judgment is hereby entered for Plaintiffs Radford Daly and Neil Simpson in connection with the Fair Labor Standards Act claims (Causes of Action 1 and 5) alleged in this Action against Defendants Atlantic Cooling Technologies and Services, LLC, Johnson Staffing Inc., and Telston Johnson in the amount of $22,000, which includes in that sum $4,000 for reasonable attorney's fees and other costs.

Dated: New York, New York

February __, 2022

_____

Clerk of Court

BY:

_____