# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

April 25, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*IN RE:* CIVIL CONFERENCES BEFORE
U.S.M.J. PAUL E. DAVISON

**ORDER**

7:21-cv-07409-NSR-PED

    Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

    <u>Toll-Free Number</u>: (877) 336-1839
    <u>Access Code</u>: 5999739

    The parties should call in from a landline and announce their names before speaking.

    <u>For Settlement Conferences</u>: Clients should NOT be on the conference call. Counsel must have ready telephonic access to clients.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Apr 25, 2022**

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

4/25/22